USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHAIM FREUND,

                                  Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS NATIONAL BANK,

                                  Defendants.
-----------------------------------------------------------x

20-CV-4419 (ALC)

**30-DAY ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to this Court that this case has been or will be settled between Plaintiff and Defendant Equifax Information Services, LLC, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice as to Defendant Equifax Information Services, LLC, to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **August 7, 2020**
             **New York, New York**

                                                    **HON. ANDREW L. CARTER, JR.**
                                                    **United States District Judge**