USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/20/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CHAIM FREUND,**

               **Plaintiff,**

-against-

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

               **Defendants.**

**1:20-cv-04419 (ALC)**

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    On June 9, 2020, Plaintiff Chaim Freund filed a complaint against Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc. and American Express National Bank. ECF No. 1. On July 31, 2020, Plaintiff filed a notice of settlement with Defendant Equifax Information Services, LLC, and the case was discontinued as to that Defendant on August 7, 2020. ECF Nos. 15, 16. Defendant American Express filed its answer on August 17, 2020, ECF No. 18, and a motion to compel arbitration and stay the action on August 31, 2020, ECF No. 19. Defendant Experian Information Solutions, Inc. filed its answer on October 19, 2020. ECF No. 27. Both Defendants raise various affirmative defenses in their respective answers, including failure to state a claim. The parties should submit a joint status report by November 3, 2020 providing details regarding how the parties would like to proceed with the litigation.

**SO ORDERED.**

Dated: October 20, 2020
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**