USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHAIM FREUND,**<br><br>       **Plaintiff,**<br><br>  -against-<br><br>**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**<br><br>       **Defendants.** | **20-cv-04419 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled between Plaintiff and Defendant Experian Information Solutions, Inc., it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice as to Defendant Experian Information Solutions, Inc. to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: **November 13, 2020**
     **New York, New York**

                  _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**