USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAIM FREUND,

                              Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

                              Defendants.

20-cv-04419 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties filed a proposed stipulation and order to dismiss on November 10, 2020. ECF No. 29. The stipulation purported to dismiss the matter "pending the conclusion of arbitration." *Id.* at 2. The Court then issued an Order to Show Cause why this case should not be stayed pending arbitration as opposed to dismissed. ECF No. 32. The parties filed a joint letter stating that they do not object to staying the matter. ECF No. 33.

       Accordingly, the case is hereby STAYED pending the conclusion of the arbitration. Defendant American Express National Bank's motion to compel arbitration, ECF No. 19, is hereby DENIED as moot. The parties are hereby ORDERED to submit a joint status report by March 3, 2021.

**SO ORDERED.**

Dated:    **December 3, 2020**
             **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**